**STATE EX REL. UTILS. COMM'N v. TOWN OF KILL DEVIL HILLS**

[363 N.C. 739 (2009)]

STATE OF NORTH CAROLINA *EX REL.* UTILITIES COMMISSION AND VIRGINIA ELECTRIC AND POWER COMPANY D/B/A DOMINION NORTH CAROLINA POWER, COMPLAINANTS, AND PUBLIC STAFF—NORTH CAROLINA UTILITIES COMMISSION, INTERVENOR v. TOWN OF KILL DEVIL HILLS, INTERVENOR

No. 68A09

(Filed 11 December 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 670 N.C. App. 341, 670 S.E.2d 341 (2009), affirming an order entered 18 September 2007 by the Utilities Commission, Docket No. E-22, Sub 437, in Raleigh, North Carolina. Heard in the Supreme Court 16 November 2009.

*McGuireWoods LLP, by Mark E. Anderson, Edgar M. Roach, Jr., and Monica E. Webb; and by Stephen H. Watts, II, E. Duncan Getchell, Jr., and Kristian Mark Dahl, pro hac vice, for complainant-appellee Virginia Electric and Power Company d/b/a Dominion North Carolina Power.*

*Antoinette R. Wike, Chief Counsel, and Robert S. Gillam, Staff Attorney, for intervenor-appellee Public Staff—North Carolina Utilities Commission.*

*Williams Mullen, by M. Keith Kapp, Kevin Benedict, and Jennifer A. Morgan, for intervenor-appellant Town of Kill Devil Hills.*

*North Carolina League of Municipalities, by Andrew L. Romanet, Jr., NCLM General Counsel; Gregory F. Schwitzgebel, III, NCLM Senior Assistant General Counsel; and Daniel F. McLawhorn, Associate City Attorney, City of Raleigh; and North Carolina Association of County Commissioners, by James B. Blackburn, III, amici curiae.*

*Allen Law Offices, PLLC, by Dwight W. Allen and Britton H. Allen, for Duke Energy Carolinas, LLC and Carolina Power and Light d/b/a Progress Energy of the Carolinas, Inc., amici curiae.*

*Vandeventer Black LLP, by Norman W. Shearin, Jr. and David P. Ferrell, for North Carolina Association of Electric Cooperatives, Inc. and Cape Hatteras Electric Membership Corporation, amici curiae.*

**EDMUNDS v. EDMUNDS**

[363 N.C. 740 (2009)]

PER CURIAM.

AFFIRMED.

---

DONALD P. EDMUNDS v. PHYLLIS M. EDMUNDS

No. 23A09

(Filed 11 December 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 194 N.C. App. ——, 669 S.E.2d 874 (2008), affirming in part, reversing in part, and remanding an order entered 31 August 2007 as amended 29 January 2008, both by Judge Nancy C. Phillips in District Court, Columbus County. Heard in the Supreme Court 16 November 2009.

*The McGougan Law Firm, by Paul J. Ekster and Dennis T. Worley, for plaintiff-appellee.*

*The Odom Firm, PLLC, by Thomas L. Odom, Jr. and David W. Murray; and Williamson, Walton & Scott, LLP, by Benton H. Walton, III and C. Martin Scott, II, for defendant-appellant.*

PER CURIAM.

AFFIRMED.